**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

JIMMIE NOEL RAY                                    CIVIL ACTION NO. 16-1518

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

LA DEPT. OF PUBLIC SAFETY &                        MAGISTRATE JUDGE HORNSBY
CORRECTIONS

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability. Jurists of reason would not find it debatable whether the petition states a valid claim of the denial of a constitutional right and whether this court was correct in its procedural ruling. See Slack v. McDaniel, 529 U.S. 473, 484,120 S.Ct. 1595, 1604 (2000).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 20th day of November, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT